**Order entered September 24, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00746-CV

**JEK LENDING, L.L.C., Appellant**

**V.**

**ANTELOPE 2001, L.P., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03599**

## ORDER

Before the Court is appellant's September 20, 2018 unopposed second motion to abate appeal or, alternatively, motion for extension of time to file a brief.  We **GRANT** appellant's alternative motion for an extension of time to file a brief and extend the time to **October 24, 2018**.

/s/     ADA BROWN
        JUSTICE